

**Alan F. Kaufman**
T 646.428.2616
alan.kaufman@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

280 Park Avenue | 15th Floor West
New York, NY 10017
T 646.428.2600  F 646.428.2610
nelsonmullins.com

September 21, 2021

<u>**Via ECF**</u>

Honorable Rachel P. Kovner, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>*Lim Tung v. Deutsche Bank Trust Company, et al*</u>
<u>Civil Action No. 1:19-cv-5445-RPK-SJB</u>

Dear Judge Kovner:

We represent Defendants Fay Servicing LLC, Rich Riddle, Eric Hughes, Anthony Mann, Matt Schuster and GDBT 1 Trust 2011-1 ("Fay Defendants"). We write to join in the request submitted yesterday by certain Defendants that their respective motions to dismiss be considered as unopposed due to the lengthy delay by Plaintiff Hin Y. Lung-Tim ("Plaintiff") in submitting any opposition papers (to the extent his recent opposition to Defendant Lynn S. Okin's motion to dismiss can be considered to apply to other motions).

On or about March 19, 2021, the Court entered a briefing schedule in relation to the Fay Defendants' motion to dismiss, with Plaintiff's opposition papers due on May 13, 2021 (to coincide with the briefing schedule on other Defendants' motions). Plaintiff did not file any opposition papers on or before May 13, 2021 nor did he request an extension of time to respond to the Fay Defendants' motion to dismiss.

Accordingly, the Fay Defendants respectfully request that their motion to dismiss be considered as unopposed.

We thank the Court for its consideration.

Respectfully Submitted,

*/s/  Alan F Kaufman*

Alan F. Kaufman

cc: All Counsel of Record (via ECF):
Mr. Hin Y. Lung-Tim, Plaintiff *Pro Se* (via overnight delivery)

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA